# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2014

147930

PEOPLE OF THE CITY OF WESTLAND,
      Plaintiff-Appellee,

v

FRANCIS GREGORY MARTIN,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147930
COA: 313457
Wayne CC: 12-005629-AR

      On order of the Court, the application for leave to appeal the July 8, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2014



Clerk

t0319